IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS LLC, | § § § | |
| Plaintiff, | § § | Case No: 3:21-cv-02456-S |
| vs. | § § | PATENT CASE |
| JONATHAN ADLER ENTERPRISES, LLC | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Geographic Location Innovations, LLC ("Plaintiff" and/or "GLI") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Jonathan Adler Enterprises, LLC without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: November 3, 2021.　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/Jay Johnson*
　　　　　　　　　　　　　　　　　　**JAY JOHNSON**
　　　　　　　　　　　　　　　　　　State Bar No. 24067322
　　　　　　　　　　　　　　　　　　**D. BRADLEY KIZZIA**
　　　　　　　　　　　　　　　　　　State Bar No. 11547550
　　　　　　　　　　　　　　　　　　**KIZZIA JOHNSON, PLLC**
　　　　　　　　　　　　　　　　　　1910 Pacific Ave., Suite 13000
　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　(214) 451-0164
　　　　　　　　　　　　　　　　　　Fax: (214) 451-0165
　　　　　　　　　　　　　　　　　　jay@kjpllc.com
　　　　　　　　　　　　　　　　　　bkizzia@kjpllc.com

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

　　The undersigned hereby certifies that the foregoing document was filed electronically on November 3, 2021, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

　　　　　　　　　　　　　　　　　　*/s/Jay Johnson*
　　　　　　　　　　　　　　　　　　**JAY JOHNSON**